No. ·14. Original. STATE OF GEORGIA, COMPLAINANT, *v.* STATE OF TENNESSEE ET AL. Motions for leave to file amended bill; for leave to dismiss as to defendant, the State of Tennessee, and for leave to file stipulation as to further proceedings and then dismiss as to the other defendants, submitted April 18, 1904. Decided April 18, 1904. Motions granted and bill and amended bill dismissed. *Mr. John C. Hart* and

*Mr. Ligon Johnson* for complainant. *Mr. Charles T. Cates, Jr., Mr. Howard Cormick* and *Mr. John H. Frantz* for defendants.